**UNITED STATES of America, Plaintiff-Appellee**

v.

**Said ALI, Defendant-Appellant**

**No. 16-4215**

United States Court of Appeals, Eighth Circuit.

Submitted: August 15, 2017

Filed: August 17, 2017

---

Allison Hart Behrens, Assistant U.S. Attorney, Sayler Anne Ault Fleming, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Plaintiff-Appellee

Said Ali, Pro Se

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Said Ali challenges the sentence the district court[1] imposed after he pleaded guilty to a gun charge, pursuant to a written plea agreement which included an appeal waiver. His counsel has moved to withdraw and submitted a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising the issue that the district court erred by denying Ali's motion to suppress evidence prior to his plea. Ali has also filed a pro se supplemental brief, challenging the use of a prior attempted assault conviction as a crime of violence for the purpose of determining his base offense level.

We conclude that the appeal waiver is valid and should be enforced as to the issues on appeal, because our review of the record demonstrates that Ali entered into the plea agreement and the appeal waiver knowingly and voluntarily, see Nguyen v. United States, 114 F.3d 699, 703 (8th Cir. 1997); the arguments fall within the scope of the waiver; and no miscarriage of justice would result from enforcing the waiver, see United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc). We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we enforce the appeal waiver, grant counsel's motion to withdraw, and dismiss the appeal.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District